**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RITA NGOZI AGHADIUNO,

                Plaintiff,

   -against-                                20 **CIVIL** 6493 (OTW)

                                                   **<u>JUDGMENT</u>**

Commissioner of Social Security,

                Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 3, 2023, Plaintiff's Motion for Judgment on the Pleadings is GRANTED, and the Commissioner's Motion for Judgment on the Pleadings is DENIED, and the case is remanded for further proceedings pursuant to 42 U.S.C. § 405(g).

**Dated:** New York, New York

       February 6, 2023

                                                                    **RUBY J. KRAJICK**

                                                                _____
                                                                    **Clerk of Court**

                                  **BY:**   *K. Mango*

                                                                _____
                                                                     **Deputy Clerk**